IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CAROL D. COLLINS**                                                                                           **PLAINTIFF**

**V.**                                    **CASE NO. 3:21-CV-00001-LPR**

**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 16th day of August 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE